JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION, | Case No. 8:24-cv-00095-JVS(KESx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT** |
| Plaintiff, | Complaint Filed:    January 16, 2024 |
| vs. | Trial Date:            None |
| MONTANTE PLASTIC SURGERY & AESTHETICS, LLC, a Virginia Limited Liability Company; STEVEN MONTANTE, an individual; SHELLY MONTANTE, an individual, | |
| Defendants. | |

**JUDGMENT**

Pursuant to the Motion for Default Judgment ("Motion") of plaintiff Ameris Bank d/b/a Balboa Capital Corporation ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Montante Plastic Surgery & Aesthetics, LLC, a Virginia limited liability company ("Montante"), Steven Montante, an individual ("Steven"), and Shelly Montante, an individual ("Shelly") (collectively, "Defendants") in the total amount of **$112,880.08**, which is the sum of the following:

   a. The amount owed of $55,335.10, on Equipment Financing Agreement No. 1 ("EFA No. 1");

   b. Prejudgment interest in the amount of $2,637.84, at the statutory rate of ten percent (10%) per annum, from November 29, 2023 (the date of breach), to May 20, 2024 (the entry date of judgment), on EFA No. 1;

   c. The amount owed of $46,540.39, on Equipment Financing Agreement No. 2 ("EFA No. 2");

   d. Prejudgment interest in the amount of $2,027.25, at the statutory rate of ten percent (10%) per annum, from December 14, 2023 (the date of breach), to May 20, 2024 (the entry date of judgment), on EFA No. 2; and

   e. Attorneys' fees in the amount of $5,637.50;

///

///

f.  Costs in the amount of $702.00.

2.  Clerk is ordered to enter this Judgment forthwith.

DATED:  May 20, 2024

_____
JUDGE OF THE US DISTRICT COURT

2